Order entered April 3. 2014



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01327-CV

**MACARIO FLORES, Appellant**

**V.**

**FEDERAL NATIONAL MORTGAGE ASSOCIATION, Appellee**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-05190-C**

## ORDER

Before the Court is appellee's March 24, 2014 motion to dismiss the appeal or alternative motion to submit the appeal without the reporter's record. In an order dated March 28, 2014, we ordered the appeal to be submitted without a reporter's record and set a deadline of April 27, 2014 for appellant's brief. Accordingly, we **DENY** appellee's motion.

/s/     ELIZABETH LANG-MIERS
        JUSTICE